# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 50 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MATTHEW ALEXANDER BECKMAN, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.